GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York and as Conservator of the Property of the INDEPENDENCE INDEMNITY COMPANY, Respondent, against RICHARD SULLIVAN, Defendant, and MANUFACTURERS TRUST COMPANY, Appellant.

(Argued January 22, 1935; decided February 26, 1935.)

`Nathan Waxman, Leonard G. Bisco* and *Samuel Chugerman* for appellant.

*Francis G. Hoyt* and *Alfred C. Bennett* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts. No opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: CRANE, Ch. J., and FINCH, J.